UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Rostad,  CIVIL 08-5890 PAM/AJB

        Plaintiff,  **ORDER OF DISMISSAL**

v.

Heidi Connolly, *MD*

        Defendant.

-----------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since December 16, 2008,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June   18  , 2009

                                                        s/Paul A. Magnuson
                                                        Paul A. Magnuson**,** Judge
                                                        United States District Court